# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br>    Plaintiff,<br><br>         v.<br><br>GRAND CHAMPIONS, LLC,<br>    Defendant. | EDCV 19-133 DSF (SPx)<br><br>Order to Show Cause re Notice of Unavailability of Counsel |

On October 22, 2019, "primary counsel" for defendant filed a document titled Notice of Unavailability of Counsel. This Court's Standing Order, filed in this case on January 25, 2019, provides:

> **14. "Notice of Unavailability"**
>
> While the Court expects that counsel will conduct themselves appropriately and will not deliberately schedule Court or other proceedings when opposing counsel are unavailable, a "Notice of Unavailability" has no force or effect in this Court. Such documents should not be filed.

The filing of the Notice of Unavailability violates this Court's Standing Order. To the extent the Notice was meant to communicate with the Court, it is inappropriate. Counsel lacks the authority to usurp the Court's control of its own docket. The Court presently has nearly 500 active civil cases on its docket. The Court cannot keep track of the (at least) 1,000 attorneys on

those cases to be sure it sets no matters that are inconvenient for one of them.  Should the Court set a matter when counsel is justifiably unavailable, a request to continue the matter should be filed, with an explanation of the grounds for the unavailability.

Counsel is ordered to show cause in writing no later than November 18, 2019 why counsel should not be sanctioned in the amount of $500 payable to the Clerk of the Court for violation of this Court's Standing Order.  A hearing on the Order to Show Cause is set for November 25, 2019 at 11:00 a.m.  Plaintiff's counsel need not appear.  Payment of $500 to the Clerk of the Court by November 18, 2019 and the submission of a declaration stating the amount has been paid will be a sufficient response to this Order to Show Cause.

IT IS SO ORDERED.

Date: October 24, 2019

Dale S. Fischer
United States District Judge